IN THE UNJTED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CV488 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| STARMAN BROTHERS AUCTIONS, INC. ) | |
| ) | |
| Respondent. ) | |

**ORDER TO SHOW CAUSE**

This matter having come before the Court, under the authority of Fed. R. Civ. P. 8i(a)(3), on the Petition of the United States for Summary Enforcement o f Administrative Subpoena (Filing No. 1) and an Order to Show Cause why the subpoena issued to respondent Starman Brothers Auctions, Inc. by the United States Department of Transportation, Federal Aviation Administration ("FAA") in aid of a11 administrative investigation, should not be judicially enforced, and the Court, having considered the Petitioner's request for an order to show cause and being fully advised of its basis and for good cause shown,

**IT IS HEREBY ORDERED** that the respondent shall appear on the 7th day of September, 2006, at 1:00 p .m. in Courtroom No.2 , United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, and show cause why this Court should not grant said Petition and enter an order directing respondent to comply fully with the terms of the aforesaid subpoena for all aircraft parts, by producing and shipping to the FAA, at Starman Brother's expense. all records, documents, and other material in accordance with said subpoena;

**IT IS FURTHER ORDERED** that respondent shall file, within 21 days of the receipt of this Order, its briefs and supporting evidence in opposition to the Petition, and that petitioners shall have 14 days thereafter in which to file a reply thereto;

**IT IS FURTHER ORDERED** that, unless the Court determines otherwise, all issues raised by the Petition and supporting papers, and any opposition to the Petition, will be considered at the hearing on the Petition, and the allegations of said Petition shall be deemed admitted unless controverted by a specific factual showing;

**IT IS FURTHER ORDERED** that respondent continue to maintain the records requested in the subpoena;

**IT IS FURTHER ORDERED** that if respondent has no objections to compliance with the summons issued, it may, at least three (3) business days prior to the hearing scheduled above, notify the clerk of this court, in writing, with a copy to the United States Attorney for the District of Nebraska, of that fact and it will not be required to appear as ordered above; and

**IT IS FURTHER ORDERED** that a copy of this Order, and copies of said Petition and all other papers filed with the Court, be served by petitioner forthwith upon respondent.

Dated this 20th day of July, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge