IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Misc. Civil No. 8:06CV488 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STARMAN BROTHERS AUCTIONS, INC. | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER EXTENDING TIME FOR RESPONDENT TO FILE BRIEF AND SUPPORTING EVIDENCE IN OPPOSITION OF PETITION

Upon consideration of the Motion For Extension of Time to File Brief and Supporting Evidence in Opposition of Petition, by the Respondent, Starman Brothers Auctions, Inc., the Court finds it should be granted.

IT IS HEREBY ORDERED that the Respondent, Starman Brothers Auctions, Inc., has until August 21, 2006 to file its brief and supporting evidence in opposition of the Petition in this matter.

Dated this 10th day of August, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge