IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CV488 |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| STARMAN BROTHERS AUCTIONS, INC. ) | |
| ) | |
| Respondent. ) | |

Upon Petitioner's motion for an extension of time to file a response to Respondent's Brief in Opposition to the Complaint and motion for a new date for the Respondent to appear and show cause [Filing No. 15], and for good cause shown,

IT IS HEREBY ORDERED that Petitioner's motion is granted;

IT IS FURTHER ORDERED that Petitioner shall file a response to Respondent's Brief in Opposition to the Complaint on or before September 25, 2006.  Additionally, the show cause hearing originally scheduled for September 7, 2006, at 1:00 p.m. is hereby rescheduled for October 25, 2006, at 10:30 a.m.

DATED:  September 6, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge