```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV488 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER |
| STARMAN BROTHERS AUCTIONS, INC. | ) ) | |
| Respondent. | ) | |

IT IS ORDERED:

The government's unopposed motion to continue the deadline for filing a response to Respondent's Brief in Opposition to the Complaint, filing 19, is granted, and

1. The government shall file a response to Respondent's Brief in Opposition to the Complaint on or before October 16, 2006.

2. Any reply to the government's brief shall be filed on or before October 23, 2006.

3. The show cause hearing remains scheduled for October 25, 2006, at 10:30 a.m.

DATED this 21st day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge