IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CV488 |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| STARMAN BROTHERS AUCTIONS, INC. | ) | |
| | ) | |
| Respondent. | ) | |

Upon the unopposed oral motion of the defendant,

IT IS ORDERED: The show cause hearing is hereby rescheduled for November 6, 2006 at 1:00 p.m. Four hours have been set aside on the court's calendar for this hearing.

DATED: October 19, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge