IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV488 |
| | ) | |
| v. | ) | |
| | ) | |
| STARMAN BROTHERS AUCTIONS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint oral motion to continue is granted and the show cause hearing is continued from November 6 to December 7, 2006 at 2:00 p.m.

DATED this 3rd day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge