```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | 8:06CV488 |
| | ) | |
| v. | ) | |
| | ) | |
| STARMAN BROTHERS AUCTIONS, | ) | ORDER |
| Inc., | ) | |
| | ) | |
| Respondent. | ) | |

Upon the filing of the status report, filing 33,

IT IS ORDERED:

1. The December 8, 2006 order, filing 32, shall be unsealed.

2. The clerk is directed to close this case.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge